

# Fourth Court of Appeals
## San Antonio, Texas

April 21, 2022

No. 04-22-00206-CV

**MODIVCARE SOLUTIONS, LLC** formerly known as LogistiCare Solutions, LLC,
Appellant

v.

Fidencio **GALLARDO,** Josefina Gallardo, Juliana Gallardo, Maria Doloroes Zertuche, Ana Delia Gallardo, Fidencion Gallardo Castillo, Jr., Fermin Gallardo, Individually and as Representatives of the Estate of Maria Gallardo Castillo, deceased,
Appellees

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019CVA001485D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Sitting:        Patricia O. Alvarez, Justice
                     Luz Elena D. Chapa, Justice
                     Irene Rios, Justice

Appellant Modivcare Solutions, LLC, formerly known as Logisticare Solutions, LLC, filed a notice of interlocutory appeal citing section 51.014(a)(8) of the Texas Civil Practice and Remedies Code. The statute is reserved for governmental units. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 51.014, 101.001.

Based on the record, we conclude Appellant is not a governmental unit under section 101.001. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 101.001; *Univ. of the Incarnate Word v. Redus* (*Redus I*), 518 S.W.3d 905, 911 (Tex. 2017); *Orion Real Estate v. Sarro*, 559 S.W.3d 599, 602-03 (Tex. App.—San Antonio 2018, no pet.); *Gonzales Nursing Operations, LLC v. Smith*, No. 04-20-00102-CV, 2020 WL 5646482, at *3 (Tex. App.—San Antonio Sept. 23, 2020, pet. denied) (mem. op.); *AECOM USA, Inc. v. Mata*, No. 04-15-00773-CV, 2016 WL 5112222, at *2, *4 (Tex. App.—San Antonio Sept. 21, 2016, pet. denied) (mem. op.).

Accordingly, this court does not have jurisdiction to consider Appellants' interlocutory appeal. *See Tex. A & M Univ. Sys. v. Koseoglu*, 233 S.W.3d 835, 840–43 (Tex. 2007).

However, Appellant asked that, if we concluded we do not have appellate jurisdiction for an interlocutory appeal, we treat their filing as a petition for writ of mandamus. Appellant's request is granted. We direct the Clerk of the Court to change the designation of appellate cause number 04-22-00206-CV from an appeal to an original proceeding, and this court will review the petition accordingly. *See CMH Homes v. Perez*, 340 S.W.3d 444, 453 (Tex. 2011).

Because no petition has yet been filed, this case will be dismissed for want of jurisdiction in ten days, unless Appellant files a petition for writ of mandamus that complies with Texas Rule of Appellate Procedure 52.3 in the interim.

It is so **ORDERED** on this 21st day of April 2022.

PER CURIAM

ATTESTED TO: _____
MICHAEL A. CRUZ, Clerk of Court